IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 3:11cr646 |
| | ) | 18 U.S.C. § 641 |
| v. | ) | 18 U.S.C. § 1001(a)(3) |
| | ) | |
| AUGUST BYRON KREIS III | ) | INDICTMENT |

COUNT 1

THE GRAND JURY CHARGES:

Between on or about June 1, 2003, and the date of this Indictment, in the District of South Carolina and elsewhere, AUGUST BYRON KREIS III, willfully and knowingly did embezzle, steal, and convert to his own use in excess of $1,000 belonging to the United States;

In violation of Title 18, United States Code, Section 641.

COUNT 2

THE GRAND JURY FURTHER CHARGES:

On or about August 29, 2006, in the District of South Carolina, in a matter within the jurisdiction of the executive branch of the government of the United States, AUGUST BYRON KREIS III, knowingly and willfully did make and use a false writing and document, knowing the same to contain materially false, fictitious, and fraudulent statements and entries in that he did prepare and submit an Improved Pension Eligibility Verification Report (Veteran with Children) on which he false stated that he had no income during the period of January through December of 2005;

In violation of Title 18, United States Code, Section 1001(a)(3).

COUNT 3

THE GRAND JURY FURTHER CHARGES:

On or about February 22, 2008, in the District of South Carolina, in a matter within the jurisdiction of the executive branch of the government of the United States, AUGUST BYRON KREIS III, knowingly and willfully did make and use a false writing and document, knowing the same to contain materially false, fictitious, and fraudulent statements and entries in that he did prepare and submit an Improved Pension Eligibility Verification Report (Veteran with Children) on which he false stated that he had no income during the period of January through December of 2007;

In violation of Title 18, United States Code, Section 1001(a)(3).

A _TRUE_ BILL

_____
FOREPERSON

WILLIAM N. NETTLES     (DAE)
UNITED STATES ATTORNEY