AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ SOUTH CAROLINA _____

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| AUGUST KREIS, III | Case Number: 3:11-646 |

| PRESIDING JUDGE<br>JUDGE McCROREY | PLAINTIFF'S ATTORNEY<br>DEAN EICHELBERGER | DEFENDANT'S ATTORNEY<br>ALLEN BURNSIDE |
|---|---|---|
| TRIAL DATE(S)<br>6/24/2011 | COURT REPORTER<br>KURT MCKAUGHAN/COURTSMART | COURTROOM DEPUTY<br>THERESA TILLMAN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/24/2011 | Y | Y | Download from website |
| 2 | | 6/24/2011 | Y | Y | " |
| 3 | | 6/24/2011 | Y | Y | " |
| 4 | | 6/24/2011 | Y | Y | " |
| 5 | | 6/24/2011 | Y | Y | " |
| | | | | | witness: Todd Auckland, US Probation Officer |
| 6 | | 6/24/2011 | Y | Y | DVD tape (interview w/defendant) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages