IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR. NO.: 3:11-0646 |
| | ) |
| vs. | ) |
| | ) |
| AUGUST BYRON KREIS, III | ) |
| | ) |

**Motion for Reciprocal Discovery
On Behalf of the United States**

The United States, by and through its undersigned Assistant United States Attorney, respectfully moves that this Honorable Court direct the defendant to make available for inspection and copying each of the following:

A.  Pursuant to Fed. R. Crim. P. 26.2 and <u>United States v. Nobles</u>, 422 U.S. 225 (1975):

    All prior statements in the possession of the defendant, if any, given by witnesses whom the defendant expects to call at trial, other than the defendant himself.  The term "statements" is to be construed by the defendant the same as defined in Fed. R. Crim. P. 26.2 (effective December 1, 1980) and the Jencks Act, 18, U.S.C. §3500.

B.  Pursuant to Fed. R. Crim. P. 16(b)(1)(A):

    All books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in chief at trial.

C. Pursuant to Fed. R. Crim. P. 16(b)(1)(B):

Any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this particular case, or copies thereof, as well as the names and or opinions of any such experts conducting tests or experiments or examinations, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to their testimony.

D. Pursuant to Fed. R. Crim. P. 16(b)(1)(C):

A written summary of any testimony that the defendant intends to use at trial under Rule 702, 703 or 705 of the Federal Rules of Evidence.

Respectfully submitted,

WILLIAM N. NETTLES
UNITED STATES ATTORNEY


BY: _s/Dean A. Eichelberger
Dean A. Eichelberger (5008)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
(803) 929-3000

July 13, 2011

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 3:11-0646 |
| | ) | |
| v. | ) | |
| | ) | |
| AUGUST BYRON KREIS, III | ) | |

**Certification Pursuant to Local
Rule 12.02 by the United States**

Pursuant to Rule 12.02, Local Rules for the District of South Carolina, the United States certifies that, because of the nature of the attached motion (Motion for Reciprocal Discovery) consultation with counsel for the defendant would serve no useful purpose.

                Respectfully submitted,

                WILLIAM N. NETTLES
                UNITED STATES ATTORNEY

                BY: <u>s/Dean A. Eichelberger</u>
                Dean A. Eichelberger (5008)
                Assistant U.S. Attorney
                1441 Main Street, Suite 500
                Columbia, South Carolina 29201
                (803) 929-3000

July 13, 2011